UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANDRE LAMBERT,**

   Plaintiff,

v.                                   **No. 4:24-cv-00911-P**

**LEIDOS, INC.,**

   Defendant.

## OPINION & ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. ECF No. 20. The Court **GRANTS** the Motion. Because the case was stayed and administratively closed during arbitration, no action by the Clerk is necessary. A final judgment in accordance with this Order will issue promptly.

**SO ORDERED** on this **2nd day of May 2025.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE